UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT 11  AM 11: 35

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Carlos FLORES-Flores,**<br><br>Defendant | Magistrate Docket No.<br><br>**07 MJ 2432**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C. Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **October 10, 2007** within the Southern District of California, defendant, **Carlos FLORES-Flores,** an alien, who previously had been excluded, deported and removed from the United States to **El Salvador**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **11th** DAY OF **OCTOBER, 2007**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Carlos FLORES-Flores

## PROBABLE CAUSE STATEMENT

On October 10, 2007, Border Patrol Agent K. Wies was assigned to the Imperial Beach Border Patrol Station area of operations. At approximately 12:50 A.M., Border Patrol dispatch notified him of a seismic intrusion device activation in Smuggler's Canyon. This area is approximately three miles west of the San Ysidro Port of Entry and approximately one hundred yards north of the United States/Mexico international border. Agent Wies responded to the location of the intrusion device location and followed foot prints for an individual into the brush. After a brief search of the surrounding area, Agent Wies found an individual lying down in the brush. Agent Wies immediately identified himself as a United States Border Patrol Agent and conducted an immigration inspection. The individual, later identified as the defendant **Carlos FLORES-Flores** freely admitted to being a citizen and national of Mexico without any documents that would allow him to legally enter or remain in the United States. Agent Wies arrested the defendant and had him transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **El Salvador** on **December 29, 2003** through **Phoenix, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of El Salvador without valid immigration documents to enter or remain within the United States legally.